# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1278**  **September Term, 2023**

**FERC-RP22-921-001**
**FERC-RP22-921-000**

**Filed On: November 20, 2023** [2027961]

Antero Resources Corporation and MU
Marketing LLC,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Project Canary and Tennessee Gas
Pipeline Company, L.L.C.,
      Intervenors

------------------------------

Consolidated with 22-1280

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for November 30, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners Antero Recources Corporation & MU Marketing, LLC | - | 10 Minutes |
| Petitioner EQT Energy, LLC | - | 10 Minutes |
| Respondent | - | 15 Minutes |
| Intervenors | - | 5 Minutes |

The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Walker and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 22, 2023.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-1278**                                                **September Term, 2023**

**Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                   BY:     /s/
                                    Michael C. McGrail
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

     Notification to the Court from Attorney Intending to Present Argument (Form 72)